1  **JASON K. SINGLETON**, State Bar #166170
   jason@singletonlawgroup.com
2  **RICHARD E. GRABOWSKI**, State Bar #236207
   rgrabowski@mckinleyville,net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5
6  Attorney for Plaintiff, JEFF HOHLBEIN

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,** | Case No. CV-09-3656 EDL |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |
| v. | |
| **ABSSYNIA ME, INC., a California Corporation, dba SUPER 8, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

   Plaintiff JEFF HOHLBEIN and Defendants ABSSYNIA ME, INC., dba SUPER 8, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

   ///
   ///
   ///

STIPULATION AND ORDER OF DISMISSAL    1    CV-09-3656-EDL

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 4, 2009      /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**GORDON & REES LLP**

Dated: November 4, 2009      /s/ Marcie S. Isom
Marcie S. Isom, Attorney for Defendants
**ABSSYNIA ME, INC., dba SUPER 8**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>JEFF HOHLBEIN v. ABSSYNIA ME, INC., et al.</u>, Case Number CV-09-3656 EDL, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: November 6, 2009      _Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE